THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**EDMOND MCCLINTON** **PLAINTIFF**
**ADC #107846**

v. Case No. 4:24-cv-00095-KGB

**DEXTER PAYNE, Director,** **DEFENDANT**
**Arkansas Division of Correction**

## ORDER

Before the Court are the Proposed Findings and Recommended Disposition ("Recommendation") submitted by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 4) and a motion for default judgment (Dkt. No. 3). Plaintiff Edmond McClinton filed objections to the Recommendation (Dkt. No. 5). After conducting a *de novo* review of the record, the Court adopts the Recommendation in its entirety as this Court's findings in all respects. For the reasons stated in the Recommendation, the Court denies as moot the motion for default (Dkt. No. 3). Mr. McClinton's petition for a writ of *habeas corpus* is dismissed without prejudice (Dkt. No. 1). The Court declines to issue a certificate of appealability. Mr. McClinton may still apply to the Eighth Circuit Court of Appeals for a certificate of appealability. *See* 28 U.S.C. § 2253(c)(1)(B).

It is so ordered this 29th day of January, 2025.

Kristine G. Baker
Chief United States District Judge